Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Albert Whitmore

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Albert Whitmore, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| Diversified Collection Services, Inc., | ) |
| | ) |
| Defendant. | ) |

## **PLAINTIFF'S COMPLAINT**

Albert Whitmore (Plaintiff), through his attorneys, Krohn & Moss, Ltd., alleges the following against Diversified Collection Services, Inc. (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Welton, Yuma County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is collection from Plaintiff on debt owed to the US Dept. of Education in the amount of approximately $10,000.00 for a student loan.

11. Defendant has been placing up to five collection calls per week to Plaintiff since September 2009.

12. Defendant continues to place collection calls to Plaintiff at his place of employment and his home.

13. Defendant disclosed Plaintiff's debt to Plaintiff's co-worker, Jose Villafranca ("Villafranca").

14. Defendant spoke with Plaintiff's mother-in-law, Edna Ross ("Ross"), who resides with Plaintiff, who told Defendant that Plaintiff was not home.

15. Defendant called Ross at least two more times on that same day.

16. On or around September, 2010, Plaintiff agreed to payment arrangements of $50.00 per month with Defendant.

17. Plaintiff requested that the $50.00 payments not start until December, 2010.

18. Defendant told Plaintiff this was "unacceptable."

19. On or around February, 2010, Defendant told Ross that Plaintiff owed Defendant money, Defendant would garnish Plaintiff's wages, and that Plaintiff should contact Defendant.

## COUNT I

**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

20. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(b)* of the FDCPA by disclosing information about the debt to Plaintiff's co-worker and mother-in-law without Plaintiff's express consent.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

   c. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, Albert Whitmore, respectfully requests judgment be entered against Defendant, Diversified Collection Services, Inc., for the following:

21. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT

**DEMAND FOR JURY TRIAL**

Plaintiff, Albert Whitmore, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  October 28, 2010				KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, ALBERT WHITMORE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALBERT WHITMORE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9-24-2010                              _____
                                                          ALBERT WHITMORE

-5-

PLAINTIFF'S COMPLAINT