Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Albert Whitmore

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Whitmore, | ) **Case No.: 2:10-cv-02318-DGC** |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| v. | ) |
| | ) |
| Diversified Collection Services, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COMES the Plaintiff, Albert Whitmore, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: January 12, 2011          KROHN & MOSS, LTD.


By: /s/ Ryan Lee _____

Ryan Lee
Attorney for Plaintiff

- 1 -

## __CERTIFICATE OF SERVICE__

I hereby certify that on January 12, 2011, I served a copy of this document via

ELECTRONIC MAIL upon the following:

Betsy Franklin
Compliance Counsel
Performant Financial Corp/DCS
333 N. Canyons Parkway, Suite 100
Livermore, CA 94551
EFranklin@performantcorp.com


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

Notice of Settlement